IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
CASE NO. 5:25-CR-00022-BO

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | DEFENDANT'S |
| v. | ) | UNOPPOSED MOTION TO |
| | ) | CONTINUE ARRAIGNMENT |
| MITCHELL SUMMERFIELD, | ) | |
| | ) | |
| Defendant. | ) | |

Defendant Mitchell Summerfield, through counsel, hereby moves the court to continue the arraignment date in this matter from the April 14, 2025 calendar to a future criminal term. In support of this motion, Mr. Summerfield respectfully shows the following:

1. Mr. Summerfield has agreed to plead guilty to a criminal information charging one count of conspiracy to commit wire and bank fraud. (DE 1).

2. Undersigned counsel was retained to represent Mr. Summerfield and filed a notice of appearance on January 28, 2025. (DE 6).

3. Pursuant to the Court's notice, the arraignment in this matter is set for April 14, 2025, in Elizabeth City.

4. Undersigned counsel is scheduled to fly out of Raleigh to Indianapolis on the afternoon of April 14 for client-related travel on another matter. Counsel cannot appear at the arraignment and return to Raleigh in time to make her flight. Counsel apologizes, as she acknowledges that this is the second time she has had to

seek a continuance due to her own scheduling conflicts. Mr. Summerfield has been responsive and cooperative with counsel, and he has appeared for all meetings with counsel as requested. Therefore, counsel is confident that Mr. Summerfield will appear for court when directed even if the arraignment is continued. To allow counsel to be available to represent Mr. Summerfield at arraignment, Mr. Summerfield reasonably requires a continuance of the arraignment date to a future criminal term.

5. Undersigned counsel has consulted with counsel for the Government, and the Government does not object to the relief sought by this motion.

6. This motion is made in good faith and not for the purposes of delay. The ends of justice served by granting the continuance outweigh the best interests of the public and the defendant in a speedy trial.

For the foregoing reasons, Defendant Mitchell Summerfield respectfully requests that the Court continue his arraignment from the April 14, 2025, calendar to a future criminal term.

This the 2nd day of April, 2025.

                ELLIS & WINTERS LLP

                /s/ Kelly Margolis Dagger
                Kelly Margolis Dagger
                N.C. State Bar No. 44329
                kelly.dagger@elliswinters.com
                Post Office Box 33500
                Raleigh, North Carolina 27636
                Telephone: (919) 865-7000
                Facsimile: (919) 865-7010

                *Retained Counsel for Defendant*
                *Mitchell Summerfield*

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that the foregoing was filed with the clerk of court using the CM/ECF system, which will send notice of such filing to all CM/ECF users who have made an appearance in this case.

This the 2nd day of April, 2025.

        ELLIS & WINTERS LLP

        /s/ Kelly Margolis Dagger
        Kelly Margolis Dagger
        N.C. State Bar No. 44329
        kelly.dagger@elliswinters.com
        Post Office Box 33500
        Raleigh, North Carolina 27636
        Telephone: (919) 865-7000
        Facsimile: (919) 865-7010

        *Retained Counsel for Defendant*
        *Mitchell Summerfield*