IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
CASE NO. 5:25-CR-00022-BO

| UNITED STATES OF AMERICA | ) | ORDER GRANTING DEFENDANT'S UNOPPOSED MOTION TO CONTINUE ARRAIGNMENT |
|---|---|---|
| v. | ) | |
| MITCHELL SUMMERFIELD, | ) | |
| Defendant. | ) | |

This matter comes before the Court on the unopposed motion of Defendant Mitchell Summerfield continue his arraignment to a future criminal term. For good cause shown, Defendant's motion is GRANTED. The plea hearing in this matter is continued to the _____ 2025 term of court.

Any delay that results from this continuance shall be excluded from the Speedy Trial Act computation pursuant to 18 U.S.C. § 3161(h)(7)(A) on the grounds that the ends of justice served by granting the continuance outweigh the best interests of the public and the defendant in a speedy trial.

This the \_\_\_\_ day of April, 2025.

_____
TERRENCE W. BOYLE
United States District Judge