IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
CASE NO. 5:25-CR-00022-M

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | DEFENDANT'S |
| v. | ) | UNOPPOSED MOTION TO |
| | ) | CONTINUE SENTENCING |
| MITCHELL SUMMERFIELD, | ) | |
| | ) | |
| Defendant. | ) | |

Defendant Mitchell Summerfield, through counsel, hereby moves the Court

to continue the sentencing hearing from the September 23, 2025, term to the

October 7, 2025, term.  In support of this motion, Mr. Summerfield respectfully

shows the following:

1.      Mr. Summerfield pleaded guilty to a criminal information charging

one count of conspiracy to commit wire and bank fraud.  (DE 1).

2.      Sentencing is set for the September 23, 2025 term of court.

3.      Mr. Summerfield and counsel have worked diligently and in good

faith to prepare the case for sentencing, and counsel believes the parties are ready

for sentencing.  However, undersigned counsel has planned and purchase

nonrefundable plane tickets for a family trip, leaving September 23 and returning

October 1, 2025.  To allow counsel to be available to represent Mr. Summerfield at

sentencing, Mr. Summerfield reasonably requires a continuance of the sentencing

date to the October 7, 2025 term.

4.     Undersigned counsel has consulted with counsel for the Government, and the Government does not object to the relief sought by this motion.

5.     This motion is made in good faith and not for the purposes of delay. Mr. Summerfield is on release awaiting sentencing.  Mr. Summerfield has been responsive to and cooperative with counsel, he timely appeared for arraignment, and he has appeared for all meetings with counsel as requested.  Therefore, counsel is confident that Mr. Summerfield will appear for court when directed even if the sentencing is continued.

For the foregoing reasons, Defendant Mitchell Summerfield respectfully requests that the Court continue his sentencing from the September 23, 2025, term to the October 7, 2025 term.

This the 29th day of August, 2025.

ELLIS & WINTERS LLP

/s/ Kelly Margolis Dagger
Kelly Margolis Dagger
N.C. State Bar No. 44329
kelly.dagger@elliswinters.com
Post Office Box 33500
Raleigh, North Carolina 27636
Telephone: (919) 865-7000
Facsimile: (919) 865-7010

*Retained Counsel for Defendant*
*Mitchell Summerfield*

3

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that the foregoing was filed with the clerk of court using the CM/ECF system, which will send notice of such filing to all CM/ECF users who have made an appearance in this case.

This the 29th day of August, 2025.

ELLIS & WINTERS LLP

/s/ Kelly Margolis Dagger
Kelly Margolis Dagger
N.C. State Bar No. 44329
kelly.dagger@elliswinters.com
Post Office Box 33500
Raleigh, North Carolina 27636
Telephone: (919) 865-7000
Facsimile: (919) 865-7010

*Retained Counsel for Defendant*
*Mitchell Summerfield*

4