IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
CASE NO. 5:25-CR-00022-M

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | ORDER GRANTING |
| | ) | DEFENDANT'S |
| v. | ) | UNOPPOSED MOTION TO |
| | ) | CONTINUE SENTENCING |
| MITCHELL SUMMERFIELD, | ) | |
| | ) | |
| Defendant. | ) | |

This matter comes before the Court on the unopposed motion of Defendant Mitchell Summerfield to continue his sentencing hearing. For good cause shown, Defendant's motion is GRANTED. The sentencing hearing in this matter is continued to the October 7, 2025 term of court.

This the ____ day of _____, 2025.

_____
RICHARD E. MYERS II
Chief United States District Judge